MARGARET A. MOESER, Acting Chief
Money Laundering and Asset Forfeiture Section (MLARS)
MARY BUTLER, Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney
SEAN M. FERN, Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W. 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 993-4834
  Email: Sean.Fern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE DRAWING ENTITLED "TROIS FEMMES NUES ET BUSTE D'HOMME" BY PABLO PICASSO, AND ALL FUNDS AND ASSETS, INCLUDING SECURITIES AND INVESTMENTS, ON DEPOSIT IN ONE SWISS BANK S.A. ACCOUNT NUMBER '5470, <br><br> Defendants *in rem*. | No. 2:23-cv-07076-DSF-MAR <br><br> **WARRANT FOR ARREST *IN REM*** |
|---|---|

TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), the UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

A Verified Complaint for Forfeiture *in rem* ("Verified Complaint") was filed on August 28, 2023, in the United States District Court for the Central District of California

by the United States of America, alleging that the assets – specifically: (1) ONE DRAWING ENTITLED "TROIS FEMMES NUES ET BUSTE D'HOMME" BY PABLO PICASSO; and, (2) ALL FUNDS AND ASSETS, INCLUDING SECURITIES AND INVESTMENTS, ON DEPOSIT IN ONE SWISS BANK S.A. ACCOUNT NUMBER '5470 (collectively "Defendant Assets") are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (C).

The Court is satisfied that, based upon the allegations of the Verified Complaint, there is probable cause to believe that the Defendant Assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

YOU ARE HEREBY COMMANDED pursuant to Supplemental Rule G(3)(c) of the Supplemental Rules for Admiraly or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), to arrest and seize the Defendant Assets. Special Agents of the FBI and/or Deputies of the United States Marshals Service ("USMS"), together with any personnel deemed necessary, shall execute this warrant of arrest *in rem* as soon as practicable.

YOU ARE FURTHER COMMANDED to provide a copy of this warrant to the person or persons from whom the Defendant Assets are seized and file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) who received copies.

THE GOVERNMENT IS COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules, and to provide notice of this action to all persons and entities who reasonably appear to be potential claimants to the Defendant Assets by sending such persons and entities a copy of this warrant and a copy of the Verified Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Assets, any person claiming an interest in, or right against, the Defendant Assets must

file a claim, signed under penalty of perjury, identifying the specific assets claimed, the claimant, and stating the claimant's interest in the assets in the manner set forth in rule G(5) of the Supplemental Rules.  Any such claim must also be served on Trial Attorney Sean Fern, U.S. Department of Justice, 1400 New York Avenue, NW, 10th Floor, Washington, DC 20005.  In no event may such claim be filed later than thirty-five (35) days after the date the notice of the Complaint is sent, or if applicable, no later than sixty (60) days after the first day of publication on an official Internet government forfeiture site.

In addition, any person having filed such claim must also file an answer to the Verified Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Trial Attorney Sean Fern at the address above.  Upon failure to file a verified statement of interest and answer, default may be entered pursuant to Federal Rule of Civil Procedure 55(a), and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

Dated this 5th day of September, 2023

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE