AFFIDAVIT OF "JASMINE" LOO AI SWAN

I, "Jasmine" Loo Ai Swan, hereby declare the following:

1. I am the sole beneficial owner of the following assets (together, the "Defendant Assets") which are the defendants *in rem* in Case No. 2:23-cv-07076-DSF-PLAx, filed in the U.S. District Court for the Central District of California (the "Action"):

    a. One pencil on paper drawing entitled "Trois Femmes Nues et Buste D'Homme" by Pablo Picasso, located in Switzerland, and

    b. All funds and assets, including securities and investments, on deposit in ONE Swiss Bank S.A., account number ending in 5470, held in the name of Glen Vine Partners Limited, located in Switzerland.

2. I have not filed a claim for the Defendant Assets and understand that the period to do so has expired. However, through my attorneys, I have informed counsel for the U.S. Department of Justice of my consent to forfeit the Defendant Assets to the United States subject to the terms of this affidavit including the payment of Released Funds (defined below).

3. In consideration for the United States' release of the total sum of USD$25,000.00, without interest (the "Released Funds"), as described below, I hereby relinquish any and all right, title, and interest, that I may have in the Defendant Assets. I agree and consent to the forfeiture of the Defendant Assets to the United States so that they, or their liquidated proceeds, if appropriate and authorized by law, may be returned and used for the benefit of the people of Malaysia, which I understand would be consistent with the United States' prior practice in related 1MDB civil forfeiture cases.

4. The Released Funds shall be drawn from a portion of the net liquidated proceeds received by the United States Marshals Service ("USMS") in connection with the Defendant Assets in the Action.

5. The Released Funds shall be paid to one or more account(s) as directed by AmerBON Advocates ("AmerBON"), who shall provide all information required to facilitate the payment, including personal identification information required by U.S. federal law or regulation, and complete all required documents. The payment of the Released Funds shall be made to AmerBON no later than 30 days after the USMS receives the liquidated proceeds of the Defendant Assets in the Action.

6. Under no circumstances shall the Released Funds be remitted and/or credited back by counsel, either in whole or in part, directly or indirectly, to myself. For the avoidance of



doubt, the application, and/or use of the Released Funds as payment of legal fees shall not itself be considered a remittance, credit, and/or benefit whatsoever, directly or indirectly, to myself.

7. The government shall not now nor in the future institute any action against AmerBON, or seek the seizure, freezing, return, forfeiture, or restraint of any kind of any of the Released Funds, nor any interest earned on the Released Funds, for any acts or omissions relating to the Released Funds preceding the date of its receipt of the Released Funds.

8. To the best of my knowledge, no other persons or entities may assert any right or interest in any of the Defendant Assets. I agree that the allegations set out in the operative complaint in the Action, if assumed to be true, are sufficient to establish a basis for forfeiture of the Defendant Assets.

9. As of the date of this affidavit, I have disclosed to Malaysian authorities my knowledge of any and all remaining assets derived from stolen 1MDB funds, whether under my control or otherwise.

10. The United States may attach this affidavit to any application for consent judgment in connection with the Defendant Assets. I understand that the entry of the consent judgment shall resolve all of the government's civil, criminal and administrative asset forfeiture actions or proceedings relating to the Defendant Assets in the Action. I further understand that the U.S. Attorney's Office for the Central District of California and the United States Department of Justice, Criminal Division, shall be bound by the consent judgment and the doctrine of res judicata and collateral estoppel.

11. Nothing in this affidavit, the application for consent judgment or the consent judgment is intended to be or should be interpreted as an admission of fault, wrongdoing, liability, or guilt on my part, nor shall this affidavit, the application for consent judgment or the consent judgment be admissible against myself in the Action, or any parties in the other related 1MDB civil forfeiture actions as evidence of any of the allegations set out in the operative complaints in the Action or the other related 1MDB civil forfeiture actions.

_____
"Jasmine" Loo Ai Swan

27 MAY 2024

Sworn to and subscribed before me this _____ day of _____, 2024.

Notary Public: _____

My Commission expires:
18 JAN 2026



NOTARY PUBLIC
Expiry Date: 18.01.2026
Kuala Lumpur, Malaysia

27 MAY 2024
D2-U1-3 & 3A, Solaris Dutamas (Publika)
No. 1, Jalan Dutamas 1
50480 Kuala Lumpur, Malaysia
Tel : 6018-288 6525
askdonny@dwc.com.my